FILED
CLERK, U.S. DISTRICT COURT

AUG – 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY        V⌣        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HEATHER NAOMI MANLEY, | ) | Case No. CV 11-1265 SJO (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: _____8/ 8 / 11_____

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE